# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

TIMOTHY SCHOFIELD, )
)
              Plaintiff, )
)
vs. )
)    Case No. 23-cv-06062-BP
DAIFUKU AMERICA CORPORATION, )
)
              Defendant. )

## CLERK'S ORDER OF DISMISSAL

On the 12th day of September 2023, the plaintiff herein having filed a Notice of Voluntary Dismissal with Prejudice,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant Daifuku America Corporation. Each party to bear their own costs and attorneys' fees.

              AT THE DIRECTION OF THE COURT

              Paige Wymore-Wynn, Clerk of Court
              **/s/ Shauna Murphy-Carr**
              Deputy Clerk

Date:   September 12, 2023